UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 19-cv-80650-RUIZ

BOCA RATON REGIONAL HOSPITAL, INC.,
f/k/a BOCA RATON COMMUNITY HOSPITAL,

      Plaintiff,

vs.

CELTIC INSURANCE COMPANY d/b/a
AMBETTER FROM SUNSHINE HEALTH,

      Defendant.
_____/

## PLAINTIFF, BOCA RATON REGIONAL HOSPITAL, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Boca Raton Regional Hospital, Inc. hereby discloses and certifies as follows:

1. Boca Raton Regional Hospital, Inc. is a wholly-owned subsidiary of BRRH, Corporation.

Dated: May 30, 2019

Respectfully submitted,

      */s/ Alan M. Fisher*
      ALAN M. FISHER, Esq.
      Attorney for Plaintiffs
      Florida bar No: 237396
      Alan M. Fisher, P.A.
      818 A1A North
      Suite 303
      Ponte Vedra Beach, Florida 32082
      Tel: (904) 285-0070
      Fax: (904) 245-1945
      Primary e mail: amfpalegal@aol.com
      Secondary e mail: amfpalegal@gmail.com
      Alt. e mail: eclark.amfpalegal@gmail.com

By: /s/Alan M. Fisher
Alan M. Fisher, Esq.

*Counsel for Plaintiff, Boca Raton Regional Hospital, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Alan M. Fisher