UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-80650-RAR

**BOCA RATON HOSPITAL, INC.,**

    Plaintiff,

v.

**CELTIC INSURANCE COMPANY,**

    Defendant.

_____/

**ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **August 7, 2019**.  In addition, by **August 7, 2019**, the parties must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.  Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 24th day of July, 2019.

                              **RODOLFO RUIZ
UNITED STATES DISTRICT JUDGE**

---

[1] The parties must not include Judge Ruiz as an interested party unless he has an interest in the litigation.