**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 19-cv-80650-RUIZ**

BOCA RATON REGIONAL HOSPITAL, INC.,
f/k/a BOCA RATON COMMUNITY HOSPITAL,

        Plaintiff,

vs.

CELTIC INSURANCE COMPANY d/b/a
AMBETTER FROM SUNSHINE HEALTH,

        Defendant.
_____/

## Plaintiff's Certificate of Interested Parties and Amended Corporate Disclosure Statement

    Plaintiff, Boca Raton Regional Hospital, Inc. f/k/a Boca Raton Community Hospital, submits this Certificate of Interested Parties and Amended Corporate Disclosure Statement, pursuant to this Court's ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES (Doc. 14) and states as follows:

1) <u>Certificate of Interested Persons:</u>

    Below is a complete list of all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations and other identifiable legal entities related to a party:

    a) Boca Raton Regional Hospital, Inc., f/k/a Boca Raton Community Hospital, a wholly owned subsidiary of BRRH Corporation, Plaintiff.

    b) BRRH Corporation, Parent of Boca Raton Regional Hospital, Inc.

    c) Baptist Health South Florida, Inc., affiliated with Plaintiff by virtue of an

    affiliation agreement and management agreement effective July 1, 2019.

  d) Celtic Insurance Company d/b/a AMBETTER FROM SUNSHINE HEALTH, Defendant.

  e) Celtic Group, Inc., Parent of Celtic Insurance Company.

  f) Centene Corporation, Parent of Celtic Group, Inc.

  g) ALAN M. FISHER, Esq., Counsel for Plaintiff.

  h) ALAN M. FISHER, P.A., Counsel for Plaintiff.

  i) HOGAN LOVELLS, US LLP, Counsel for Defendant.

  j) ALLEN P. PEGG, Esq., Counsel for Defendant.

  k) CRAIG H. SMITH, Esq., Counsel for Defendant.

  l) JAMES L. VANLANDINGHAM, Esq., Counsel for Defendant.

2) <u>Amended Corporate Disclosure Statement:</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Boca Raton Regional Hospital, Inc, amends its Corporate Disclosure Statement filed on May 30, 2019 (Doc. 8) and hereby discloses and certifies as follows:

  a) Boca Raton Regional Hospital, Inc. is a wholly-owned subsidiary of BRRH, Corporation, its parent corporation.

  b) There are no publicly held corporations owning any stock in Boca Raton Regional Hospital, Inc., or BRRH Corporation.

*/s/ Alan M. Fisher*
ALAN M. FISHER, Esq.
Attorney for Plaintiffs
Florida Bar No: 237396
Alan M. Fisher, P.A.
818 A1A North
Suite 303
Ponte Vedra Beach, Florida 32082
Tel: (904) 285-0070
Fax: (904) 245-1945

        Primary e mail: amfpalegal@aol.com
        Secondary e mail: amfpalegal@gmail.com
        Alt. e mail: eclark.amfpalegal@gmail.com

        By: /s/Alan M. Fisher
          Alan M. Fisher, Esq.

*Counsel for Plaintiff, Boca Raton Regional Hospital, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2019, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: /s/ Alan M. Fisher