UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Anuraag Hari Singhal**

Island Sky Corp. v. Hertz, *et al.* _____ (Plaintiff v. Defendant), Case No: 19-CIV-61551

Boca Raton Regional Hospital v. Celtic Insurance Co.     (Plaintiff v. Defendant), Case No: 19-CIV-80650

City of Lake Worth Beach, *et al.*, v. FMA, *et al.*  _____ (Plaintiff v. Defendant), Case No: 19-CIV-81140

Drummond, *et al.* v. Zimmerman, *et al.*,           __(Plaintiff v. Defendant), Case No: 19-CIV-81532

JWC Hamptons, LLC v. Empire Indemnity Insurance Co (Plaintiff v. Defendant), Case No: 19-CIV-62232

Gabriel v. Acting Secretary, U.S. Dep't of Homeland     (Plaintiff v. Defendant), Case No:19-CIV-81244

Cantin v. Rusy Novell Concrete Pumping Service, Inc.    (Plaintiff v. Defendant), Case No: 19-CIV-80735

Bradley v. Geovera Specialty Ins. Company              (Plaintiff v. Defendant), Case No: 19-CIV-61473

Geiger *et al.* v. 3300 Corp.                          (Plaintiff v. Defendant), Case No: 19-CIV-62024

Diaz v. Osborne, *et al.*                              (Plaintiff v. Defendant), Case No: 19-CIV-62139

Popp v. Air Lines Pilots Association         _____(Plaintiff v. Defendant), Case No: 19-CIV-61298

Jennifer Tung *et. al* v. Dycom Industries, Inc. *et al.*  ____(Plaintiff v. Defendant), Case No: 18-CIV-81448

Partners Biomedical Solutions v. Saltsman et al _____ (Plaintiff v. Defendant), Case No: 19-CIV-81316

Furr v. Bank of New York Mellon               _____(Plaintiff v. Defendant), Case No: 14-CIV-60640

Ralston Davis v. Secretary Florida Dept. Corrections ___(Plaintiff v. Defendant), Case No: 19-CIV-62779

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Anuraag Hari Singhal.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04). It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the

**Honorable Anuraag Hari Singhal** as of     January 6, 2020     for all further proceedings. It is further

ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by **District Judge Anuraag Hari Singhal**. It is further ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge Anuraag Hari Singhal**. It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials **AHS** in lieu of the present initials.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of January, 2020.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**